UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1 – 20,<br><br>　　　　　　　　　　Defendants. | Case No.:  19cv881-DMS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATIONS**<br><br>**[ECF No. 50]** |

On October 21, 2020, the parties filed a joint motion requesting that the Court enter the parties' Protective Order.  ECF No. 50.  The Court has considered the Proposed Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modification:

Paragraph 12 [ECF No. 50-1 at 8] should read as follows, in compliance with Magistrate Judge Barbara L. Major's Chambers Rules[1]:

> Before any materials produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as confidential information are filed with the Court for any purpose,

---

[1] Honorable Barbara Lynn Major, U.S. Magistrate Judge, Chambers Rules-Civil Cases, available at https://www.casd.uscourts.gov/judges/major/docs/Chambers%20Rules%20Civil.pdf.

the party seeking to file such material must seek permission of the Court to file the material under seal.  A sealing order may issue only upon a showing that the information is privileged or protectable under the law.  The request must be narrowly tailored to seek sealing only of the confidential or privileged material.  To file a document under seal, the parties must comply with the procedures explained in Section 2.j of the Electronic Case Filing Administrative Policies and Procedures Manual for the United States District Court for the Southern District of California and Civil Local Rule 79.2.  In addition, in accordance with Judge Major's preferences, a party must file a 'public' version of any document that it seeks to file under seal.  In the public version, the party may redact only that information that is deemed 'Confidential.' The party should file the redacted document(s) simultaneously with a joint motion or ex parte application requesting that the confidential portions of the document(s) be filed under seal and setting forth good cause for the request."

**IT IS SO ORDERED.**

Dated:  10/23/2020

Hon. Barbara L. Major
United States Magistrate Judge