UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1 – 20,<br><br>　　　　　　　　　　Defendants. | Case No.: 19cv881-DMS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF PROTOCOL RELATING TO THE DISCOVERY OF ELECTRONICALLY STORED INFORMATION ("ESI")**<br><br>**[ECF No. 51]** |

On October 21, 2020, the parties filed a joint motion requesting that the Court enter the parties' Protocol Relating to the Discovery of Electronically Stored Information ("ESI"). ECF No. 51. The Court has considered the Proposed Protocol and, for good cause shown, the joint motion is **GRANTED.**

　　　**IT IS SO ORDERED.**

Dated: 10/23/2020

　　　　　　　　　　　　　　　　　　　　Hon. Barbara L. Major
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge