UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>                    Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20,<br><br>                    Defendants. | Case No.:   19-cv-0881-DMS(BLM)<br><br>**ORDER CONFIRMING SETTLEMENT, SETTING DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, AND VACATING DATES** |

On October 8, 2021, the parties tentatively settled the case. ECF No. 73; see also ECF No. 74. The parties advised the Court that they anticipate filing a Joint Motion for Preliminary Approval of the Class Settlement within 45 days. ECF No. 74 at 2. In light of the parties' representations, the Court orders the parties to file their joint motion for preliminary approval of the class action settlement by **November 29, 2021**. The Court further orders the parties to contact District Judge Dana M. Sabraw's chambers to obtain a hearing date prior to filing the joint motion. All other pending dates before this Court and District Judge Sabraw are hereby **VACATED**.

**IT IS SO ORDERED**.

Dated: 10/13/2021

Hon. Barbara L. Major
United States Magistrate Judge