UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20,<br><br>　　　　　　　　　　　Defendants. | Case No.:　19-cv-0881-DMS(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

　　　On November 24, 2021, the parties filed a joint motion requesting a thirty (30) day extension to file their joint motion for preliminary approval of the class action settlement. ECF No. 77. In support, the parties state that "[t]he parties would benefit from additional time to obtain the relevant participant data and finalize these materials before filing their joint motion for preliminary approval." Id. at 3.

1

     Good cause appearing, the parties' motion is **GRANTED**.  The parties must file their joint motion for preliminary approval of the class action settlement by **December 29, 2021**.  The parties are also reminded to contact District Judge Dana M. Sabraw's chambers to obtain a hearing date prior to filing the joint motion.  <u>See</u> ECF No. 75.

     **IT IS SO ORDERED**.

Dated:  11/29/2021

Hon. Barbara L. Major
United States Magistrate Judge