UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20,<br><br>　　　　　　　　　　　Defendants. | Case No.:　19-cv-0881-DMS(BLM)<br><br>**ORDER GRANTING SECOND JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**[ECF No. 79]** |

On December 28, 2021, the parties filed a joint motion requesting a thirty (30) day extension to file their joint motion for preliminary approval of the class action settlement. ECF No. 79 at 2. In support, the parties state that "[t]he parties have worked diligently to obtain the participant data needed to finalize [the settlement] without issuing formal third-party discovery, but Defendants need more time to obtain additional information from Fidelity, the current recordkeeper [sic] of The Investment Partnership Plan." Id. at 3.

1

19-cv-0881-DMS(BLM)

     Good cause appearing, the parties' motion is **GRANTED**. The parties must file their joint motion for preliminary approval of the class action settlement by **January 31, 2021**. The parties are also reminded to contact District Judge Dana M. Sabraw's chambers to obtain a hearing date prior to filing the joint motion. <u>See</u> ECF No. 75.

     **IT IS SO ORDERED**.

Dated: 12/29/2021

Hon. Barbara L. Major
United States Magistrate Judge