UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20,<br><br>　　　　　　　　　　　Defendants. | Case No.:　19-cv-0881-DMS(BLM)<br><br>**ORDER GRANTING THIRD JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**[ECF No. 81]** |

　　　　On January 31, 2022, the parties filed a joint motion requesting a 7-day extension to file their joint motion for preliminary approval of the class action settlement. ECF No. 81 at 2. In support, the parties state that Plaintiff has provided Defendants with a draft motion for preliminary approval and Defendants need one additional week to review and sign the final settlement and provide revisions to Plaintiff regarding the joint motion." Id. at 2-3.

     Good cause appearing, the parties' motion is **GRANTED**. The parties must file their joint motion for preliminary approval of the class action settlement by **February 7, 2022**. The parties are also reminded to contact District Judge Dana M. Sabraw's chambers to obtain a hearing date prior to filing the joint motion. See ECF No. 75.

     **IT IS SO ORDERED**.

Dated: 2/2/2022

Hon. Barbara L. Major
United States Magistrate Judge