UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.:  19-cv-0881-DMS(BLM)<br><br>**ORDER GRANTING FOURTH JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**<br><br>**[ECF No. 83]** |

On February 7, 2022, the parties filed a joint motion requesting a 7-day extension to file their joint motion for preliminary approval of the class action settlement.  ECF No. 83 at 2.  In support, the parties state that "[t]he parties anticipated meeting the last deadline to move for approval of their settlement, but due to out of state travel and illness of Defense Counsel Ada Dolph, Defendants require one additional week to finalize the Settlement Agreement." Id. at 3.

     Good cause appearing, the parties' motion is **GRANTED**. The parties must file their joint motion for preliminary approval of the class action settlement by **February 14, 2022**. The parties are also reminded to contact District Judge Dana M. Sabraw's chambers to obtain a hearing date prior to filing the joint motion. <u>See</u> ECF No. 75.

     **IT IS SO ORDERED**.

Dated: 2/8/2022

Hon. Barbara L. Major
United States Magistrate Judge