EDELSON PC
Rafey S. Balabanian (SBN 315962)
rbalabanian@edelson.com
150 California Street, 18th Floor
San Francisco, California 94111
Telephone: (415) 212-9300
Facsimile: (415) 373-9435

*Counsel for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>    Plaintiff,<br><br>    v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20,<br><br>    Defendants. | Case No. 19-cv-00881-DMS BLM<br><br>**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION IN SUPPORT OF PRELIMINARY APPROVAL OF A CLASS ACTION SETTLEMENT**<br><br>**Judge:** Hon. Dana M. Sabraw<br>**Date:** March 25, 2022<br>**Time:** 2:00 p.m.<br>**Room**: Courtroom 13A |

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:
2  PLEASE TAKE NOTICE that on March 25, 2022, at 2:00 p.m., or as soon
3  thereafter as the matter may be heard before the Honorable Dana M. Sabraw, in
4  Courtroom 13A of the above-entitled court, located at the James M. Carter and
5  Judith N. Keep United States Courthouse, 333 West Broadway, San Diego, CA
6  92101, Plaintiff will move, and hereby does move, for an order (1) certifying the
7  Settlement Class, (2) naming Bouvy as Settlement Class Representative, (3)
8  appointing Edelson PC as Settlement Class Counsel, (4) granting preliminary
9  approval to the Settlement, (5) approving the proposed notice plan, and (6)
10 ordering that notice be issued to the Settlement Class.

Plaintiff's Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points & Authorities, the Class Action Settlement Agreement, and upon such further evidence, pleadings, and argument of counsel as may be presented in connection with the Motion.

Respectfully submitted,

**MICHAEL BOUVY**, individually and on behalf of all others similarly situated,

Dated: February 14, 2022

By: /s/ Rafey S. Balabanian
*One of Plaintiff's Attorneys*

Rafey S. Balabanian (SBN – 315962)
rbalabanian@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, California 94111
Tel: 415.212.9300
Fax: 415.373.9435

*Counsel for Plaintiff and the Putative Class*