UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BOUVY,<br><br>    Plaintiff,<br><br>v.<br><br>ANALOG DEVICES, INC., a Massachusetts company, as successor to LINEAR TECHNOLOGY CORPORATION; LINEAR TECHNOLOGY LLC, a Delaware company; LINEAR TECHNOLOGY ADMINISTRATIVE COMMITTEE; and DOE DEFENDANTS 1-20;<br><br>    Defendants. | Case No.: 19-cv-00881-DMS (BLM)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO CERTIFY CLASS AS MOOT** |

    In light of the pending settlement and the Court's certification of a Settlement Class as part of its Order Certifying Settlement Class, Preliminarily Approving Settlement Agreement, & Approving Class Notice (ECF No. 87), Plaintiff's Motion to Certify Class (ECF No. 62) is DENIED as moot.

//

//

//

**IT IS SO ORDERED**.

Dated: March 24, 2022

Hon. Dana M. Sabraw, Chief Judge
United States District Court