

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Bouvy | Civil Action No. 19-cv-00881-DMS-BLM |
| Plaintiff, | |
| V. | |
| See Attachment | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court hereby dismisses this Action with prejudice. The Court hereby directs entry of this Final Judgment pursuant to Fed. R. Civ. P. 58.

Date: 7/15/22

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Yeager
S. Yeager, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  19cv0881-DMS-BLM

Analog Devices, Inc.
a Massachusetts company, as successor to Linear Technology Corporation,

Eileen Wynne,

Steve Marsey,

Donald Zerio,

Doe Defendants 1-20,

Linear Technology LLC,

Linear Technology Administrative Committee,